

**Mars Khaimov Law, PLLC**

100 Duffy Avenue, Suite 510

Hicksville, New York 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Magistrate Judge Ona T. Wang
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED.

January 4, 2024

Re:   <u>1:23-cv-09047-JHR-OTW Tarr v. Ceci New York, LLC</u>

<u>Status Letter and Request for Adjournment of Conference</u>

Dear Judge Wang,

    Plaintiff's counsel submits this letter-motion to seek an adjournment of the initial pretrial conference, currently scheduled for January 9th, 2024 at 11:00 AM. Counsel will be out of the country, in Asia, and unable to attend the conference on that date. Plaintiff requests a 45-day adjournment and proposes to reschedule the conference for February 23rd, 2024, or a date convenient to the Court. This is the first-time relief is being requested and both parties consent.

    We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

/s/ Mars Khaimov
Mars Khaimov, Esq.
*Attorney for Plaintiff*

Cc: David Stein, Esq.

Application **GRANTED.** The initial case management conference scheduled for January 9, 2024 is **ADJOURNED to March 13, 2024 at 12:00 p.m. No further adjournments unless the case settles.** The parties are further directed to file a joint letter **by Friday, January 19, 2024,** regarding whether they would like to schedule a pre-settlement conference call. If so, the parties shall propose dates.

SO ORDERED.

_____
Ona T. Wang           1/8/24
U.S.M.J.